IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| vs. | : | |
| DENNIS BURNETT | : | NO. 08-201-3 |

**O R D E R**

AND NOW, this 17th day of February, 2010, upon consideration of Mr. Burnett's Motion to Withdraw a Plea of Guilty (Doc. No. 202), the Government's opposition thereto and following an evidentiary hearing on January 28, 2010 and February 1, 2010, and confirming the Court's oral order of February 1, 2010, the Motion is DENIED.

BY THE COURT:

/s/ Gene E.K. Pratter
Gene E.K. Pratter
*United States District Judge*